USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ARTHUR HINES,

               Plaintiff,

    -against-

THE CITY OF YONKERS, ET AL.,

               Defendants.
------------------------------------X

08 Civ. 3126 (DAB)
ORDER

DEBORAH A. BATTS, United States District Judge.

    The Complaint in the above captioned matter arises out of an incident that allegedly occurred in the City of Yonkers, in Westchester County. Among the defendants named in the Complaint are the City of Yonkers and the City of Yonkers Police Department. Local Civil Rule 21 provides, in pertinent part, that a civil case shall be designated for assignment to the White Plains courthouse if: "[t]he claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan and Westchester (the 'Northern Counties') and at least one of the parties resides in the Northern Counties. . . ." Local Civil Rule 21(a)(i). Since the claim stated in the Complaint arose in Westchester County and since at least one of the defendants resides in that county, this matter ought to be designated for assignment to White Plains. Accordingly, the Clerk of Court is directed to transfer this case to the White Plains courthouse.

SO ORDERED.

Dated:    New York, New York
          April 16, 2008

                                                  _Deborah A. Batts_
                                                  Deborah A. Batts
                                             United States District Judge